## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Hester Mendez, et al.

                                 Plaintiff,

v.                                                  Case No.: 1:18−cv−05560

                                                                Honorable John Z. Lee

The City of Chicago, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2019:

     MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 4/3/19. Defendant's agreed motion for entry of a qualified HIPAA and MHDDCA Protective order [75] is granted. Defendants motion for entry of a confidentiality order [76] is granted. This case is referred to Magistrate Judge Kim for general discovery supervision. Status hearing set for 7/10/19 at 9:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.