UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Hester Mendez, et al.
                        Plaintiff,

v.                                           Case No.: 1:18−cv−05560
                                                       Honorable John Z. Lee

The City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 17, 2019:

      MINUTE entry before the Honorable Young B. Kim: Defendants' motion for protective order [134] is entered and continued. Appearance on October 21, 2019, is not required to present this motion. Plaintiffs have until October 31, 2019, to file a response to the motion. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.