# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Hester Mendez, et al.

                    Plaintiff,

v.                                            Case No.: 1:18−cv−05560
                                                              Honorable John Z. Lee

The City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2020:

      MINUTE entry before the Honorable Young B. Kim: Defendant City's motion for protective order [267] is entered and continued. Appearance on May 4, 2020, is not required to present this motion. Plaintiffs have until May 1, 2020, to file a response to the motion and the City has until May 8, 2020, to file a reply thereto. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.