# EXHIBIT 19

```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                     EASTERN DIVISION

 3
     HESTER MENDEZ and GILBERT              )
 4   MENDEZ, for themselves and on          )
     behalf of their minor children,        )
 5   PETER MENDEZ and JACK MENDEZ,          )
                                            )
 6                   Plaintiffs,            )
                                            )
 7         vs.                              ) No. 1:18-cv-05560
                                            )
 8   THE CITY OF CHICAGO; Chicago           )
     police officers JOSEPH T.              )
 9   CAPELLO IV (Star #10626);              )
     LIEUTENANT SAMUEL DARI (#603);         )
10   MICHAEL W. DONNELLY (#13784);          )
     SERGEANT RUSSELL A. EGAN (#998);       )
11   MICHAEL J. GUZMAN (#15911); JOSE       )
     M. HERNANDEZ (#15925); and ERIC        )
12   M. SEHNER (#11641),                    )
                                            )
13                   Defendants.

14

15            The videotaped videoconference deposition of

16   JACK MENDEZ, called by the Defendants for examination,

17   taken pursuant to notice and pursuant to the Federal

18   Rules of Civil Procedure for the United States District

19   Courts pertaining to the taking of depositions, taken

20   before Christina J. Atto, Certified Shorthand Reporter

21   and Notary Public, in Chicago, Illinois, commencing at

22   9:03 a.m. on the 8th day of April, A.D., 2021.

23

24
```



```
 1   living room that you could go into?
 2        A.    Yes.
 3        Q.    Okay.  Do you remember that?
 4        A.    Yeah.
 5        Q.    Do you remember that officer leaving the
 6   living room to go into that other room?
 7        A.    Uh-huh.
 8        Q.    Yes?  You have to say yes or no.
 9        A.    Yes.
10        Q.    Okay.  So how long was it before he went into
11   that other room?
12        A.    About a minute and a half.
13        Q.    Okay.  And in that minute and a half when he
14   went into the other room, did he have a gun in his hand?
15        A.    A handgun?  Yes.
16        Q.    Okay.  Did you ever see that officer put that
17   gun away?
18        A.    Like, he had it about ten minutes.
19        Q.    The officer had his gun out for about ten
20   minutes?
21        A.    Yes.
22        Q.    Okay.  And was any gun pointed at you?
23        A.    No.
24        Q.    How long were you on the floor by the couch?
```



```
1   UNITED STATES OF AMERICA        )
    NORTHERN DISTRICT OF ILLINOIS   )
2   EASTERN DIVISION                )   SS.
    STATE OF ILLINOIS               )
3   COUNTY OF COOK                  )

4

5           I, Christina J. Atto, Certified Shorthand

6   Reporter and Notary Public, do hereby certify that JACK

7   MENDEZ was first duly sworn by me to testify to the

8   whole truth and that the above videotaped,

9   videoconference deposition was reported stenographically

10  by me and reduced to typewriting under my personal

11  direction.

12          I further certify that the said videotaped,

13  videoconference deposition was taken at the time and

14  place specified and that the taking of said videotaped

15  videoconference deposition commenced on the 8th day of

16  April, A.D., 2021, at 9:03 a.m.

17          I further certify that I am not a relative or

18  employee or attorney or counsel of any of the parties,

19  nor a relative or employee of such attorney or counsel,

20  nor financially interested directly or indirectly in

21  this action.

22

23

24
```



```
 1        In witness whereof, I have hereunto set my
 2   hand and affixed my seal of office at Chicago, Illinois,
 3   this 15th day of April, A.D., 2021.
 4
 5
 6
 7
 8
 9                    [signature: Christina Atto]
10                    _____
                      CHRISTINA J. ATTO, CSR, RPR
11                    180 North LaSalle Street
                      Suite 2800
12                    Chicago, Illinois 60601
                      Phone:   (312) 236-6936
13
14
     CSR No.  084-004321
15
```

