# EXHIBIT 20

# VIDEO CLIP OF CBS's INTERVIEW OF JACK MENDEZ