IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HESTER MENDEZ and GILBERT MENDEZ, for themselves and on behalf of their minor children, PETER MENDEZ and JACK MENDEZ, <br><br> Plaintiffs, <br><br> v. <br><br><br> THE CITY OF CHICAGO; Chicago police officers JOSEPH T. CAPELLO IV (#10626); LIEUTENANT SAMUEL DARI (#603); MICHAEL W. DONNELLY (#13784); SERGEANT RUSSELL A. EGAN (#998); MICHAEL J. GUZMAN (#15911); JOSE M. HERNANDEZ (#15925); and ERIC M. SEHNER (#11641), <br><br> Defendants. | No. 1:18-cv-05560 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Young B. Kim <br><br><br><br><br><br><br><br> Jury Demanded |

## PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

Plaintiffs, through undersigned counsel and pursuant to Fed R. Civ. Pro. 56 and all applicable local rules, respectfully move this Court for entry of partial summary judgment for plaintiffs on the counts in the fourth amended complaint identified below. In support of this motion, plaintiffs state as follows:

1. During the course of their review of the evidence in connection with preparing their memorandum in opposition to defendants' joint motion for summary judgment, plaintiffs realized that, for multiple counts and portions of counts in the fourth amended complaint, there is no genuine issue of material fact, such that summary judgment on liability can and should be entered for plaintiffs.

1

2. In particular, the material facts are undisputed for major portions of count I, the *Monell* claim, including the City's widespread practice, gaps in official policy and training, actual notice to the City, and the City's deliberate indifference. (See plaintiffs' memorandum). In addition, the material facts underlying the following counts are also undisputed in plaintiffs' favor: count II, invalid warrant; count III, supervisory liability; count IV, failure to retreat; counts V and VIII, false arrest; count VII, battery; nearly all of count IX, intentional infliction of emotional distress; and count X, trespass. (Id.).

WHEREFORE, plaintiffs respectfully request that the Court enter an Order granting plaintiffs: 1) partial summary judgment on liability on portions of counts I and IX and all of counts II-VIII and X; and 2) any other or further relief that the Court deems just.

Respectfully submitted,

/s/ Al Hofeld, Jr.
Al Hofeld, Jr.

*Plaintiffs' counsel*
Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
30 N. LaSalle Street, Suite #3120
Chicago, IL 60602
Office: (773) 241-5844
Fax: (312) 372-1766
Email: al@alhofeldlaw.com

2

**NOTICE OF FILING AND CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Al Hofeld, Jr., attorney for plaintiff, hereby certify that on December 30, 2021, filing and service of the foregoing **PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      /s/ Al Hofeld, Jr.
      Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
30 N. LaSalle Street, Suite #3120
Chicago, IL 60602
Office: (773) 241-5844
Fax: (312) 372-1766
Email: al@alhofeldlaw.com