IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HESTER MENDEZ and GILBERT MENDEZ, for themselves and on behalf of their minor children, PETER MENDEZ and JACK MENDEZ, | ) ) ) ) ) | |
| | ) | No. 1:18-cv-05560 |
| Plaintiffs, | ) | |
| v. | ) ) | Judge John Z. Lee |
| | ) | Magistrate Judge Young B. Kim |
| THE CITY OF CHICAGO; Chicago police officers JOSEPH T. CAPELLO IV (#10626); LIEUTENANT SAMUEL DARI (#603); MICHAEL W. DONNELLY (#13784); SERGEANT RUSSELL A. EGAN (#998); MICHAEL J. GUZMAN (#15911); JOSE M. HERNANDEZ (#15925); and ERIC M. SEHNER (#11641), | ) ) ) ) ) ) ) ) ) | |
| | ) | Jury Demanded |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO CORRECT SCRIVENER'S ERROR IN MINUTE ORDER**

Plaintiffs, through undersigned counsel, respectfully move this Court for entry of an Order correcting what appears to be a scrivener's error in the Court's 12/20/21 and 01/06/22 Minute Orders. In support of this motion, plaintiffs explain as follows:

1. The Court's 10/08/21 minute Order, which carefully set the page limitations for the briefing on defendants' joint motion for summary judgment, granted leave for: defendants to file a 50-page memorandum; plaintiffs, a 50-page response memorandum; and defendants, a 25-page reply. (Docket #430).

2. Subsequently, plaintiffs were granted leave to file a memorandum response containing 14 additional pages (for a 64-page memorandum overall). In plaintiffs' first

1

motion requesting additional pages, plaintiffs conveyed defendants' request for the same number of additional pages for their reply that plaintiffs were granted for response, i.e., 14 in total, so that defendants would have leave to file a 39-page reply. (Docket #453, at ¶ 4).

3. However, the Court's 12/30/21 and 01/06/22 minute Orders in response to plaintiffs' motions for additional pages indicated that defendants' reply can be 60 and 64 pages, respectively. (Docket ## 454, 466). This appears to be an error: the Court seems to have been under the misimpression that it originally granted defendants leave to file a 50-page reply, not the 25-page reply it actually granted. (Docket #430).

4. Based upon the Court's grant to plaintiffs of an additional 14 pages and consistent with the Court's 10/08/21 Order, what would seem to be standard and equitable is for defendants to be allowed leave to file a reply containing the same number of additional pages that plaintiffs were granted for their response, i.e., 14 pages, for a reply memorandum totaling 39 pages. Plaintiffs certainly do not oppose that arrangement, which is what defendants originally requested.

5. However, defendants informed plaintiffs on 01/07/21 that they – or at least counsel for the City - refuse to recognize that the Court's 12/30/21 and 1/06/22 minute Orders granting defendants leave to file an additional 39 pages beyond what the Court ordered initially (and plaintiffs only an additional 14 pages beyond what the Court ordered initially), contain inadvertent errors. (01/07/21 email Moore to Hofeld, attached hereto as Exhibit A). Instead, defense counsel, officers of the court with a duty of candor, pretend that this is fair and equitable, seeking to exploit the error for an unfair advantage - of 25 additional pages beyond what plaintiffs were granted - instead of candidly acknowledging the error and agreeing to join a request to the Court that it be corrected.

2

WHEREFORE, plaintiffs respectfully request that the Court enter an Order correcting the Court's 12/30/21 and 01/06/22 Minute Orders to reflect that defendants are granted leave to file a joint reply consisting of 39 pages and granting any other or further relief that the Court deems just.

Respectfully submitted,

/s/ Al Hofeld, Jr.
Al Hofeld, Jr.

*Plaintiffs' counsel*
Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
30 N. LaSalle Street, Suite #3120
Chicago, IL 60602
Office: (773) 241-5844
Fax: (312) 372-1766
Email: al@alhofeldlaw.com

### NOTICE OF FILING AND CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Al Hofeld, Jr., attorney for plaintiff, hereby certify that on January 10, 2022, filing and service of the foregoing **PLAINTIFFS' MOTION TO CORRECT SCRIEVENER'S ERROR IN MINUTE ORDER** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Al Hofeld, Jr.
Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
30 N. LaSalle Street, Suite #3120
Chicago, IL 60602
Office: (773) 241-5844
Fax: (312) 372-1766
Email: al@alhofeldlaw.com