IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HESTER MENDEZ, et al | Case No. 18-cv-5560 |
| Plaintiffs, | Judge Steven C. Seeger |
| v. | Magistrate Judge Young B. Kim |
| THE CITY OF CHICAGO, et al | |
| Defendants. | |

**JOINT STATEMENT**

Pursuant to this Court's October 11, 2022 Order (Docket No. 545), all parties, through undersigned counsel, jointly submit the following joint statement.

The Court's October 11 Order stated as follows:

**MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report (Dckt. No. [540]), which provided a helpful summary of the case. Fact discovery has long since closed. The report stated that the parties have "agreed among themselves" to limited additional discovery, in light of the issuance of the COPA report. The Court, not the parties, is in charge of discovery, as well as the overall case calendar. So any desire to reopen discovery requires a motion to reopen discovery. Plaintiffs last made a settlement demand in December 2019, nearly three years ago. Plaintiffs must make a renewed settlement offer in writing and in good faith by October 24, 2022. Defendants must respond in writing and in good faith by November 7, 2022. By November 15, 2022, the parties must file a statement addressing whether they seek a settlement conference. Mailed notice(jjr, )**

Per this Court's Order, Plaintiffs issued their renewed demand in writing and in good faith on October 24, 2022 and Defendants responded in writing and in good faith on November 7, 2022. The parties remain very far apart and do not believe a settlement conference would be productive at this time. That being said, the parties will continue to keep the lines of communication regarding settlement open as each side understands the uncertainty of litigation.

Respectfully submitted,

/s/ *Al Hofeld, Jr.*
Al Hofeld, Jr.

Zachary J. Hofeld
Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
30 N. LaSalle Street, Suite #3120
Chicago, Illinois 60602
Phone - 773-241-5844
zach@alhofeldlaw.com
al@alhofeldlaw.com
*Counsel for Plaintiffs*

By:/s/ *Marion C. Moore*
Marion C. Moore, Chief Assistant Corporation Counsel
Raoul Vertick Mowatt, Assistant Corporation Counsel Supervisor
City of Chicago, Department of Law
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
312.744.3283
Raoul.Mowatt@cityofchicago.org
Marion.Moore@cityofchicago.org
*Counsel for Defendant City*

/s/*Larry S. Kowalczyk*
Larry S. Kowalczyk
Megan K. Monaghan
QUERREY & HARROW, LTD.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
(312) 540-7000
lkowalczyk@querrey.com
mmonaghan@querrey.com
*Counsel for Defendant Officers*