IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HESTER MENDEZ, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 18 CV 5560 |
| CITY OF CHICAGO, et al., | ) JUDGE VALDERRAMA |
| Defendants. | ) |

**STATUS REPORT**

Third-party witness, Matthew E. Haynam, through his legal counsel, Devlin Joseph Schoop, submits the following Status Report to the Court concerning third-party witness Matthew E. Haynam, stating the following in support:

1. Matthew E. Haynam is a former Deputy Chief Administrator for the Civilian Office of Police Accountability (COPA). Several years ago, Mr. Haynam gave deposition testimony in this matter.

2. On August 30, 2024, Mr. Haynam was involuntarily severed from his employment with the City of Chicago. Mr. Haynam is currently suing the Defendant City of Chicago for retaliatory discharge due to the circumstances of his discharge from his employment with COPA.

3. In light of the pending litigation, and the fact that Mr. Haynam is represented by counsel, no attorney, including but not limited to, any attorney with the Federal Civil Rights Litigation Division of the City of Chicago Law Department should have direct contact with Mr. Haynam. All inquiries by any attorney concerning Mr. Haynam should be directed to Attorney Schoop.

4. On November 6, 2024, Deputy Corporation Counsel Caroline Fronczak contacted Mr. Haynam's counsel – Devlin Schoop – to inquire about Mr. Haynam's availability for a potential trial in this matter for April 21, 2025, indicating that the trial is expected to last two (2) weeks.

5. After consulting with his client, Mr. Schoop can affirmatively represent to the Court and counsel alike that Mr. Haynam has authorized Mr. Schoop to accept service of a trial subpoena and that Mr. Haynam will make himself available for the weeks of April 21 and 28, 2025.

6. Mr. Haynam respectfully requests that the Court enter an order requiring that any party seeking to compel Mr. Haynam's trial testimony must serve that trial subpoena at least three (3) weeks before the appearance date and that Mr. Haynam be provided at least 24 hours advance prior notice of the actual date and time he will be expected to appear in the Courtroom for his actual testimony.

7. Mr. Schoop has been advised that the City of Chicago will likely seek to bar the admission of Mr. Haynam's testimony at trial. Based on that representation and the fact that there is a pending motion for summary judgment, Mr. Haynam will hold off filing any motions to compel the City of Chicago to provide Mr. Schoop with the transcript and exhibits of his prior deposition testimony, as such a motion would be premature at this time.

Respectfully submitted,

**Third-Party Witness Matthew E. Haynam**

By: /s/ *Devlin Joseph Schoop*

Devlin Joseph Schoop
Laduzinsky & Associates
Of Counsel
216 South Jefferson Street, Suite 301
Chicago, Illinois 60661-5743
312.424.0700
dschoop@laduzinsky.com

## CERIFICATE OF SERVICE

Devlin Schoop, an attorney, certifies that that he filed the foregoing Status Report to all counsel of record by operation of the Court's ECF electronic filing system on November 6, 2024.

By: /s/ *Devlin Joseph Schoop*