UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Hester Mendez, et al.
                          Plaintiff,

v.                                               Case No.: 1:18−cv−05560
                                              Honorable Franklin U. Valderrama

The City of Chicago, et al.
                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 4, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: In−person status conference hearing held on 11/4/2024. All parties were present in court. The parties anticipate approximately ten days for trial. The Court encourages the parties to work collaboratively in resolving pre−trial issues. The Court sets this matter for a civil jury trial to begin on 04/21/2025 at 9:00 AM in Courtroom 1941. If that date does not work for either party, the party should promptly file a motion requesting to move the trial date. Pretrial conference set for 4/8/2025 at 10:00 a.m. in Courtroom 1941. Plaintiffs' pre−trial statement is due 2/18/2025; Defendants' pre−trial statement and objections are due 2/25/2025; Plaintiffs' pre−trial objections are due 3/4/2025; the parties' jointly−prepared final pre−trial memorandum is due 3/11/2025; a USB Key/thumb drive and hard copies of objected−to exhibits and deposition transcripts are due 3/11/2025; and a USB Key/thumb drive and hard copies of final trial exhibits following the Pre−Trial Conference are due 4/14/2025. The parties are instructed to closely review the Court's Standing Order Governing Civil Jury Trials in order to comply with all requirements for the aforementioned filings, including deadlines for the exchange of materials between the parties before the deadline to file certain materials on the docket. Absent extraordinary circumstances, the Court will not accept supplemental pretrial filings after the pretrial deadlines set in this Minute Entry. As stated during the hearing, and as stated in the Court's Standing Order, motions in limine (not including exhibits) are limited to a total of 15 pages per party (not per motion in limine). If any party is requesting additional pages, a motion must be filed with the Court requesting additional pages. The Court instructs the parties not to file duplicate motions in limine. To the extent practicable, a party should join the other party's motion in limine instead of resubmitting a motion in limine on the same topic. Parties are to submit a joint status report by 11/12/2024 informing the Court whether the parties unanimously agree to participate in a settlement conference with Magistrate Judge Kim. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.