# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Hester Mendez, et al.
                              Plaintiff,

v.                                                     Case No.: 1:18−cv−05560
                                                          Honorable Franklin U. Valderrama

The City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 14, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of the parties' joint status report [591], which indicates that the parties do not agree to participate in a settlement conference with Magistrate Judge Kim at this time. This matter shall proceed in accordance with the schedule set by the Court in Minute Order [588]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.