# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Hester Mendez, et al.
                              Plaintiff,

v.                                         Case No.: 1:18−cv−05560
                                           Honorable Franklin U. Valderrama

The City of Chicago, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 21, 2025:


    MINUTE entry before the Honorable Franklin U. Valderrama: The Court sets the following briefing schedule on Defendants' motion to bifurcate the Minor Plaintiffs' Monell Claims for Trial [600]: Plaintiffs' response due 1/30/2025; Defendants' reply due 2/5/2025. Mailed notice. (jcm)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.