# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Hester Mendez, et al.
                              Plaintiff,

v.                                                       Case No.: 1:18−cv−05560
                                                           Honorable Franklin U. Valderrama

The City of Chicago, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 7, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Plaintiffs' unopposed motion for extension of time and for leave to file excess pages [607]. Plaintiffs' response to Defendants' motion to bifurcate Plaintiffs' Monell claims is now due 2/7/2025; Defendants' reply is due 2/18/2025. Both parties' briefs may be up to 20 pages in length. Pursuant to Local Rule 7.1, any oversized briefs should include a table of contents; however, they need not include a table of authorities. The Court also advises the parties (and it should go without saying) that extensions of the briefing deadlines necessarily means the Court's ruling will be similarly delayed. That said, the Court will issue a ruling on the motion no later than the pretrial conference. Mailed notice. (jcm)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.