# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Hester Mendez, et al.
                               Plaintiff,

v.                                         Case No.: 1:18−cv−05560
                                                      Honorable Franklin U. Valderrama

The City of Chicago, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the parties' joint position statement [611] regarding the Court's sealed Order granting Defendants' motion for summary judgment as to Counts II and III as they relate to the validity of the warrant. Based on the parties' agreement that no redactions are necessary for the sealed Order, the Court directs the Clerk to unseal the Order [610]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.