# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hester Mendez, et al.
                                         Plaintiff,

v.                                                   Case No.: 1:18−cv−05560
                                                       Honorable Franklin U. Valderrama

The City of Chicago, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Plaintiffs' motion for extension and for excess pages [614]. Plaintiffs' motions in limine and jury instructions are due 2/20/2025. Plaintiffs' may have up to 85 pages for their motions in limine (35 pages for their 29 non−Daubert motions and 50 pages for their 3 Daubert motions). As Plaintiffs indicate in their motion, the Court appreciates and encourages Plaintiffs#039; efforts to be as concise as possible and not use the full granted page limits in order to expedite the Court's resolution of the forthcoming motions. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.