IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HESTER MENDEZ and GILBERT MENDEZ, )<br>For themselves and on behalf of their minor, )<br>Children, PETER MENDEZ and JACK MENDEZ, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>)<br>The City of Chicago, Officer Joseph T. Cappello )<br>(#10626), Officer Michael W. Donnelly (#13784), )<br>Officer Michael Guzman (#15911), Officer Jose M. )<br>Hernandez (#15925), Officer Eric Sehner )<br>(#11641), Sgt. Russell A. Egan (#998), and Lt. )<br>Samuel Dari (#603), )<br>)<br>Defendants. ) | Case No. 18 CV 5560<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge Young B. Kim |

**JOINT POSITION STATEMENT**

NOW COME Plaintiffs, by and through counsel, Al Hofeld, Jr., Defendant Officers by and through their attorney, Larry S. Kowalczyk, Special Assistant Corporation Counsel, and Defendant, City of Chicago, by and through one of its attorneys, Marion C. Moore, Chief Assistant Corporation Counsel Supervisor, and pursuant to the Court's February 27, 2025 Order [Dkt 623]:

**Portions of the parties' briefs were filed under seal. Because this Order may contain privileged information that was submitted to the Court under seal, the Court will issue its Order under seal so the parties may meet and confer with one another about proposed redactions. The parties are to file a joint position statement within fourteen days of the entry of this Order, explaining what (if any) redactions are needed in the text of the Order, and why (bearing in mind the strict standard against secret filings,** *see generally Mitze v. Saul***, 968 F.3d 689 (7th Cir. 2020)). That position statement may be filed under seal. After considering the proposed redactions, the Court will unseal this Order (if no redactions are requested/warranted) or issue a public, redacted version of the Order.**

The parties provide a Joint Position Statement as follows: The parties have conferred pursuant to the Court's Order [Dkt 623] and do not request any redactions to the text of the Court's Order. [Dkt 623].

        Respectfully submitted,

        PLAINTIFFS

      BY: *s/Al Hofeld, Jr.*
        Plaintiffs' Attorney

Al Hofeld, Jr.
Zachary Hofeld
LAW OFFICES OF AL HOFELD, JR., LLC
53 W. Jackson Blvd., Suite 432
Chicago, IL 60604
(773) 241-5844
al@alhofeldlaw.com
zach@alhofeldlaw.com
*Attorneys for Plaintiffs*


        THE CITY OF CHICAGO

      BY: *s/Marion C. Moore*
        Chief Assistant Corporation Counsel

Marion C. Moore, Chief Assistant Corporation Counsel
Raoul Vertick Mowatt, Assistant Corporation Counsel Supervisor
Simerdeep Kaur, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, IL 60602
Marion.Moore@cityofchicago.org
Raoul.Mowatt@cityofchicago.org
Simerdeep.Kaur@cityofchicago.org
(312) 744-5170
*Counsel for Defendant City of Chicago*

        DEFENDANT OFFICERS

      BY: *s/Larry S. Kowalczyk*
        Special Assistant Corporation Counsel

Larry S. Kowalczyk- Special Assistant Corporation Counsel- lkowalczyk@mohangroble.com
Megan K. Monaghan- Special Assistant Corporation Counsel- mmonaghan@mohangroble.com
MOHAN GROBLE SCOLARO, P.C.
55 W. Monroe Street, Suite 1600
Chicago, IL 60603
(312) 422-9999
*Counsel for Defendant Officers*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025, I electronically filed the foregoing Joint Position Statement with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to counsel of record.

*/s/Larry S. Kowalczyk*