# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hester Mendez, et al.
                          Plaintiff,

v.                                        Case No.: 1:18−cv−05560
                                                  Honorable Franklin U. Valderrama

The City of Chicago, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: Jury trial held on 4/29/2025. At the conclusion of the evidence for the day, Plaintiffs' counsel (with the consent of Defendants) informed the Court that the parties reached a settlement. Remaining trial dates stricken. On or before 7/29/2025, the parties are directed to file (i) the appropriate dismissal paperwork or (ii) a status report explaining the delay. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.